Credit Matrix   Colton Jones Briggs
Jody A Bell

Capital One Autofinance
8050 Dominion Pkwy
Plano, tx 75024

FILED
U.S. BANKRUPTCY COURT
EAST & WEST DISTS OF AR
JUL 1 8 2024
LINDA McCORMACK CLERK by ___

Toyota Financial Services
PO Box 22171
Tempe, AZ 85285

American Profit Recovery
Ref# 7496
34505 W. 12mile Rd
Farmington Hills, MI 48331

Exchange Credit Program
PO Box 7565
Dallas, tx 75265

Ed Financial Services
120 N Seven Oaks DR
Knoxville, TN 37922

Acima Leasing
13907 Minute Man DR
Draper UT